514 A.2d 1370
James H. WEET, Appellee,

v.

CRANTEC, INC., Appellant.

Supreme Court of Pennsylvania.

Argued March 3, 1986.

Decided Sept. 25, 1986.

Reargument Denied Jan. 20, 1987.

Stanley M. Stein, Joan Singh, Feldstein Grinberg Stein & McKee, Pittsburgh, for appellant.

Anthony P. Picadio, Sherman & Picadio, Pittsburgh, Lynette Norton, for appellee.

## ORDER OF COURT

PER CURIAM.

Appeal dismissed as having been improvidently granted.